UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON NICHOLAS NORDIN, <br><br> Plaintiff, <br><br> v. <br><br> STUART JEREMIAH SCOTT, et al., <br><br> Defendants. | Case No. 3:21-cv-04717-JD <br><br> **ORDER** |

The Court dismissed the original complaint on a variety of grounds. Dkt. No. 17. Pro se plaintiff Nordin was advised that he could file an amended complaint that was consistent with the order. *Id*. at 3. The amended complaint, Dkt. No. 24, is substantively indistinguishable from the original, and again does not plausibly allege civil rights claims against the Superior Court judge who handled Nordin's family law case, or the private defendants who were said to be involved. It is dismissed for the same reasons stated in the prior order.

Because Nordin has been afforded a full opportunity to amend, and further amendment will not cure the deficiencies in the allegations, the dismissal is with prejudice. *See Lopez v. Smith*, 203 F.3d 1122, 1124 (9th Cir. 2000). The case is closed, and no new filings will be accepted without prior approval by the Court.

**IT IS SO ORDERED.**

Dated: May 23, 2022

JAMES DONATO
United States District Judge